**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2020 JAN 15 PM 2: 39

MARGARET BOTKINS, CLERK
CHEYENNE

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRIAN LEE EDWARDS,

Defendant.

No. 20-CR-8

18 U.S.C. § 2250(a)
(Failure to Register as a Sex Offender)

---

## INDICTMENT

---

THE GRAND JURY CHARGES THAT:

Beginning on or about February 21, 2019, and continuing through on or about September 27, 2019, in the District of Wyoming and elsewhere, the Defendant, **BRIAN LEE EDWARDS**, who is required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce and knowingly failed to register and update his registration as required by the Sex Offender Registration and Notification Act.

In violation of 18 U.S.C. § 2250(a).

A TRUE BILL:

Ink Signature on File in Clerk's Office
FOREPERSON

MARK A. KLAASSEN
United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:**        BRIAN LEE EDWARDS

**DATE:**                 January 14, 2020

**INTERPRETER NEEDED:**   No

**VICTIM(S):**            No

**OFFENSE/PENALTIES:**    **18 U.S.C. § 2250(a)**
(Failure to Register as a Sex Offender)

0-10 Years Imprisonment
Up To $250,000 Fine
5 Years To Life Supervised Release
$100 Special Assessment

**AGENT:**                Michael George, USMS

**AUSA:**                 Nicole M. Romine, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:**   1 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:**   Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:**   No