Nicole M. Romine
Wyoming State Bar No. 7-5935
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
nicole.romine@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2020 JAN 15  PM 2: 39

MARGARET BOTKINS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. _20-CR-08-S_ |
| **BRIAN LEE EDWARDS,** | |
| Defendant. | |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.    Eligibility of Case.  This case is eligible for a detention order because the case involves the following:

**Serious risk Defendant will flee**

2.    Reason for Detention.  The court should detain the Defendant because there are no conditions of release which will reasonably assure:

**Defendant's appearance as required**

3.    Rebuttable Presumption.  The United States will not invoke the rebuttable presumption against the Defendant under § 3142(e).

4.      Time for Detention Hearing.  The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this __14th__ day of January, 2020.

> MARK A. KLAASSEN
> United States Attorney
>
> By:  _____
>
> NICOLE M. ROMINE
> Assistant United States Attorney