Nicole M. Romine
Wyoming State Bar No. 7-5935
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
nicole.romine@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2020 JAN 15 PM 2:39

MARGARET BOTKINS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRIAN LEE EDWARDS,

Defendant.

Case No. 20-CR-08-S

---

## PRAECIPE

---

Will the Clerk please issue a Warrant in the above-entitled matter for the following individual: **BRIAN LEE EDWARDS**

DATED this 14th day of January, 2020.

MARK A. KLAASSEN
United States Attorney

By: _____
NICOLE M. ROMINE
Assistant United States Attorney

BOND SET AT: Detain

_____
KELLY H. RANKIN
Chief United States Magistrate Judge