COPY

AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT

for the

District of Wyoming

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2020 JAN 16  AM 11: 33

MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| United States of America<br>v.<br>BRIAN LEE EDWARDS<br><br><br><br>_____<br>*Defendant* | )<br>)<br>)  Case No.   20-CR-08-S<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   BRIAN LEE EDWARDS                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2250(a) - Failure to Register as a Sex Offender

Margaret Botkins
Clerk

By_____
Deputy Clerk

Date:       01/15/2020                              _____
Kelly H. Rankin /s/
*Issuing officer's signature*

City and state:     Cheyenne, Wyoming                    _____
Kelly H. Rankin, Chief Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                              _____
*Arresting officer's signature*

_____
*Printed name and title*