Notice of Discharge
Revised 01/2003

## UNITED STATES PROBATION OFFICE

## DISTRICT OF WYOMING

# NOTICE OF DISCHARGE

NAME:          Brian Lee Edwards

DOCKET NO.      20-CR-00008-SWS-1

Date of Sentence:      June 2, 2020

Date Sentence Expired:   November 9, 2022

In as much as you have completed service of your sentence on the date shown above, you are hereby discharged from supervision of this office on the above expiration date.

11/09/22

Date

Aundrea N. Traylor
U.S. Probation Officer